Reversed and Remanded and Opinion filed February 20, 2003









Reversed and Remanded and Opinion filed February 20,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00776-CV

____________

 

KRISTIN
WILKINSON, Appellant

 

V.

 

JAMIE
CIDZIK and JERRY CIDZIK, Appellees

 



 

On Appeal from the County Court at Law No. 1

Harris
County, Texas

Trial Court Cause No. 753,716

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed April 4, 2002.

On February 11, 2003, the parties filed an agreed motion to
dismiss the appeal in order to effectuate a compromise and settlement
agreement.  See Tex. R. App. P. 42.1.  The parties ask that we set aside the
judgment of the County Civil Court at Law No. 1 without regard to the merits of
the appeal, and remand the cause to the trial court for rendition of judgment
in accordance with the parties= settlement agreement.  








Rule 43.2 sets out the type of judgments an appellate court
may render.  Vacating the trial court=s judgment and remanding the cause to
the trial court is not one of the permissible judgments.  Accordingly, we construe the parties= motion to be a motion to reverse the trial court=s judgment and to remand to the trial
court for rendition of judgment in accordance with the parties= settlement agreement.  The motion is granted.

Accordingly, we reverse the trial court=s judgment of April 4, 2002, and
remand the cause to the trial court for rendition of judgment in accordance
with the parties= settlement agreement.

 

PER CURIAM

 

Judgment rendered and Opinion
filed February 20, 2003.

Panel consists of Justices
Anderson, Seymore, and Guzman.